1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

CHARITY COX,

Plaintiff,

Case No. C11-352-RSL-BAT

9

v.

10

MICHAEL J. ASTRUE, Commissioner of the

11

Social Security Administration

**REPORT AND
RECOMMENDATION**

12

Defendant.

13     Charity Cox brought an action seeking review of the denial of her application for

14 disability insurance benefits by the Commissioner of the Social Security Administration. Dkt. 4.

15 The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. §

16 405(g), for further administrative proceedings. Dkt. 22.

17     The parties stipulate that upon remand, the Administrative law Judge ("ALJ") shall be

18 directed to re-evaluate; all the medical source opinions of record, particularly the opinion of Dr.

19 Ford; plaintiff's credibility, including any lay witness evidence; and plaintiff's residual

20 functional capacity. If necessary, the ALJ will perform a new step four and/or step five analysis.

21 If warranted by the expanded record, the ALJ will obtain supplemental testimony from a

22 vocational expert at step five of the sequential evaluation. The parties also agree that reasonable

23 attorney fees should be awarded, upon proper application, pursuant to the Equal Access to

REPORT AND RECOMMENDATION - 1

1    Justice Act, 28 U.S.C. § 2412.

2         Based on the stipulation between the parties, the Court recommends that the above-

3    captioned case be **REVERSED** and **REMANDED** for further administrative proceedings

4    pursuant to sentence four of 42 U.S.C. § 405(g).

5         As the parties stipulate to remand, the Court recommends, if this recommendation is

6    adopted, that it be approved immediately.  A proposed order accompanies this Report and

7    Recommendation.

8         DATED this 29th day of August, 2011.

9

10

11   BRIAN A. TSUCHIDA
     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2